AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Richmond Division

| Cindi Marcellus | ) |
|---|---|
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 3:12-cv- 260 |
| Village Bank, et al | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION



To: *(Defendant's name and address)* David Fahy
4737 Summer Lake Cir
Mosely, VA 23120


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein, Esq.
5310 Markel Rd., Suite 102
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4-10-12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Richmond Division

| | | |
|---|---|---|
| Cindi Marcellus | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. 3:12-cv-260 |
| Village Bank, et al | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

FILE COPY

To: *(Defendant's name and address)*  Village Bank
r/a Harrill C. Whitehurst, Jr.
15521 Midlothian Tpke, Suite 200
Midlothian, VA 23113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason M. Krumbein, Esq.
5310 Markel Rd., Suite 102
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4-10-12

_Signature of Clerk or Deputy Clerk_