UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| CINDI MARCELLUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 3:12cv260 |
| | ) |
| VILLAGE BANK and | ) |
| DAVID G. FAHY, | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO DISMISS OF DEFENDANT DAVID G. FAHY

Defendant David G. Fahy ("Mr. Fahy"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Local Civil Rule 7, hereby moves to dismiss with prejudice the Complaint filed against him by Plaintiff Cindi Marcellus for failure to state a claim upon which relief may be granted. In support of this Motion, Mr. Fahy respectfully refers the Court to the accompanying Memorandum of Points and Authorities.

Dated: June 12, 2012                            Respectfully submitted,

                                                DAVID G. FAHY

                                                /s/
                                                Megan S. Ben'Ary (Va. No. 47439)
                                                Nicole Pszczolkowski (Va. Bar. No. 80826)
                                                LECLAIRRYAN, a Professional Corporation
                                                2318 Mill Road, Suite 1100
                                                Alexandria, Virginia 22314
                                                Telephone:  (703) 647-5933
                                                Facsimile:  (703) 647-5983
                                                Megan.Benary@leclairryan.com
                                                Nicole.Pszczolkowski@leclairryan.com

                                                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following counsel of record:

>Jason M. Krumbein, Esq.
>Krumbein Consumer Legal Services, Inc.
>5310 Markel Road, Suite 102
>Richmond, VA  23230
>
>Leonard A. Bennett, Esq.
>Consumer Litigation Associates, PC
>763 J. Clyde Morris Blvd, Suite 1A
>Newport News, VA  23601
>
>*Counsel for Plaintiff*

>_____/s/_____
>Megan S. Ben'Ary (Va. Bar No. 47349)
>LeCLAIRRYAN, A Professional Corporation
>2318 Mill Road, Suite 1100
>Alexandria, VA  22314
>Telephone: (703) 647-5933
>Facsimile:  (703) 647-5983
>Megan.Benary@leclairryan.com
>
>*Counsel for Defendants*