UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| CINDI MARCELLUS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 3:12cv260 |
| | ) |
| VILLAGE BANK | ) |
| DAVID FAHY | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Nicole Pszczolkowski hereby withdraws as counsel for Defendants Village Bank and David Fahy.  The Defendants in this case will continue to be represented by the law firm of LeClairRyan, P.C. and counsel Megan S. Ben'Ary.

                                                                                          VILLAGE BANK
                                                                                          DAVID FAHY
                                                                                         By Counsel

                                                                   /s/
                                                Megan S. Ben'Ary (VSB No. 47439)
                                                Nicole Pszczolkowski (Va. Bar. No. 80826)
                                                LECLAIRRYAN, a Professional Corporation
                                                2318 Mill Road, Suite 1100
                                                Alexandria, Virginia 22314
                                                Telephone:  (703) 647-5933
                                                Facsimile:  (703) 647-5983
                                                Megan.Benary@leclairryan.com
                                                Nicole.Pszczolkowski@leclairryan.com

                                                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following counsel of record:

>Jason M. Krumbein, Esq.
>Krumbein Consumer Legal Services, Inc.
>5310 Markel Road, Suite 102
>Richmond, VA  23230
>
>Leonard A. Bennett, Esq.
>Consumer Litigation Associates, PC
>763 J. Clyde Morris Blvd, Suite 1A
>Newport News, VA  23601

>_____/s/_____
>Nicole Pszczolkowski (VBN 80826)
>LECLAIRRYAN, a Professional Corporation
>2318 Mill Road, Suite 1100
>Alexandria, Virginia 22314
>Telephone:  (703) 647-5933
>Facsimile:  (703) 647-5983
>Nicole.Pszczolkowski@leclairryan.com
>
>*Counsel for Defendants*

2